## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| ANDREA PIRROTTI, | : | **CIVIL ACTION NO:** |
|  | : |  |
| Plaintiff, | : | **3:11-cv-439** |
|  | : |  |
| vs. | : |  |
|  | : |  |
| RESPIRONICS, INC. and WESTERN CAPE | : |  |
| DIRECT, LLC, | : |  |
|  | : | **March 22, 2011** |
| Defendant. | : |  |

-----------------------------------------------------------x

## COMPLAINT

### I.   Introduction

1.    The Plaintiff, ANDREA PIRROTTI, brings this action against the Defendants, RESPIRONICS, INC. and WESTERN CAPE DIRECT, LLC, to redress certain damages that she suffered as a result of a failure to satisfy a Judgment Plaintiff obtained against Helicor, Inc., who then transferred its assets to the Defendants, RESPIRONICS., INC and WESTERN CAPE DIRECT.   Said Judgment was obtained as a result of the breach of an employment contract Plaintiff had with Helicor, Inc.,

### II.   Jurisdiction and Venue

2.    The Plaintiff, ANDREA PIRROTTI, is a citizen of the United States and a resident of Fairfield, Connecticut.

3.     The Defendant, RESPIRONICS, INC., (hereinafter "RESPIRONICS") is a corporation with its headquarters and principle place of business in Murryville, Pennsylvania.

4.     The Defendant, WESTERN CAPE DIRECT, LLC, is a corporation with its headquarters and principle place of business in Brooklyn, New York.

5.     This Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1) due to the diversity of citizenship of the parties and because the amount in controversy exceeds $75,000.

**III.   Parties**

6.     The plaintiff, ANDREA PIRROTTI, resides in Fairfield, Connecticut and had obtained a Judgment from this Court against Helicor, Inc., in an action entitled <u>Pirrotti v. Helicor, Inc.</u>, under civil number 3:09 cv 231 (PCD) on August 28, 2009 and entered on October 8, 2009 in the amount of $76,710.00 plus interest at 10% from February 1, 2008.

7.     The successors in interest to Helicor, Inc., are the Defendants in this action, RESPIRONICS, INC. and WESTERN CAPE DIRECT, LLC.

8.     The major stockholder in Helicor, Inc. is Adam Forbes.

9.     Adam Forbes is the sole stockholder in WESTERN CAPE DIRECT, LLC.

10.     On July 7, 2007, the Defendant, RESPIRONICS, INC., purchased preferred stock in Helicor, Inc.  The Purchase Agreement was signed by Adam Forbes, as President of Helicor, Inc., the Judgment Debtor.

2

11.   On June 15, 2009, the Defendant, RESPIRONICS, fraudulently transferred Helicor's assets to the Defendant, WESTERN CAPE DIRECT, LLC.

IV.   **Facts**

12.   That Adam Forbes, on behalf of Helicor, hired the Plaintiff, ANDREA PIRROTTI.

13.   That the Plaintiff, ANDREA PIRROTTI, obtained the aforementioned Judgment based on a breach of employment contract between the Plaintiff and Helicor for salary and commissions earned by the Plaintiff.

14.   On June 11, 2008, the Judgment Debtor, Helicor, executed a Promissory Note which was held by the Defendant, RESPIRONICS, INC.

15.   The alleged Promissory Note, along with certain other secured convertible Promissory Notes, were signed by the President of Helicor, Adam Forbes.

16.   Also on   June 11, 2008, as part of the loan from the Defendant, RESPIRONICS, to Helicor, Adam Forbes, President, did receive the sum of $100,000 for his personal use, unrelated to the business of Helicor.

17.   Upon information and belief, Adam Forbes has not repaid any part of his personal loan to Helicor.

18.   On or about   June 11, 2008, Adam Forbes and Vic Samra expanded the composition of Helicor's Board of Directors in order to validate the loan made by the Defendant, RESPIRONICS.

19.    The Board of Directors, by Adam Forbes, unlawfully proceeded to waive the rights of Helicor to urge a conflict of interest and the right to receive notice of any default on the Promissory Note.

20.    Upon information and belief, the vast majority of the employees of Helicor are now employed by the Defendant, RESPIRONICS, and/or an entity solely controlled by RESPIRONICS and Adam Forbes.

21.    The Plaintiff, ANDREA PIRROTTI, thereafter on August 28, 2009 obtained a Judgment which was entered on October 8, 2009 in the amount of $76,710.00 plus interest at 10% from February 1, 2008.

22.    Upon information and belief, the Judgment Debtor, Helicor, fraudulently and in concert with the defendants, allegedly defaulted on the Promissory Note held by defendant, RESPIRONICS.

23.    Without Notice to the Plaintiff, who was the Judgment Creditor, and for that matter to any other creditors, the Defendant, RESPIRONICS, on or about June 15, 2009, at the offices of Reed, Smith LLP, 435 Sixth Avenue, Pittsburgh, PA, 15219, allegedly transferred all of Helicor's assets to Defendant, WESTERN CAPE DIRECT, LLC.

24.    The transfer of Helicor's assets were allegedly done by two lots; one lot consisted of 1,000 new stress eraser units located in China, 1200 new and refurbished stress eraser units located in South Dakota, pre-paid materials and components used in manufacturing of stress eraser units located in China; the second lot consisted of all of Helicor's interest in intellectual property which included trademarks and names and patents.

4

25.     The Defendant, RESPIRONICS, notified the Public that upon receipt of a check of $20.00, any person would receive an accounting of the alleged unpaid indebtedness by Helicor which triggered the sale of Helicor's assets.

26.     On October 25, 2010, the Plaintiff's attorney wrote to Mr. Gregory L. Tiddonio of Reed, Smith, LLC, who acted as agent for the Defendant and was in charge of the sale of Helicor's assets on behalf of the Defendant, RESPIRONICS, for an accounting for the unpaid indebtedness.

27.     To date, the sales agent for the Defendant, RESPIRONICS, has refused to comply with Plaintiff's demand for an accounting of the unpaid indebtedness of Helicor.

28.     That upon information and belief, Phillips Electronics, a major stockholder in RESPIRONICS, who owns more than 10% of Helicor's assets, was informed by the Defendant of its intent to sell all of Helicor's assets.

29.     That upon information and belief, the Defendant, WESTERN CAPE DIRECT, LLC, is an entity controlled and dominated by the Judgment Debtor, Helicor, through Adam Forbes.

30.     That upon information and belief, the said Defendant, WESTERN CAPE DIRECT, LLC, purchased Helicor's assets for an unknown nominal sum.

## V.     Count One - Enforcement of Judgment Against Defendants

31.     Paragraphs "1" through "30" are hereby incorporated by reference as if restated in their entirety in Count One.

32.     That upon information and belief, Defendants, RESPIRONICS and WESTERN CAPE DIRECT, LLC., did conspire with Helicor through its President, Adam Forbes, to divest Helicor of its assets so as to frustrate the enforcement of the Plaintiff's Judgment.

33.     The Sale by Defendants, RESPIRONICS and WESTERN CAPE DIRECT, LLC, was a sham designed to defraud creditors.

34.     That the Defendant, WESTERN CAPE DIRECT, LLC., who received Helicor's assets, is operated and controlled by Adam Forbes, the former owner of Helicor.

35.     That the Defendants, RESPIRONICS and WESTERN CAPE DIRECT, LLC, and the Judgment Creditor, Helicor, have refused to pay any amount of the Judgment obtained by the Plaintiff herein.

36.     That the Plaintiff herein has demanded payment of said Judgment and defendants and/or Judgment Creditor have refused.

37.     By reason of the foregoing, the Plaintiff has been damaged in the sum of $76,710, plus interest at 10% from February 1, 2008.

## VI.   Count Two - Punitive Damages As Against Defendants

38.     Paragraphs "1" through "37" are hereby incorporated by reference as if restated in their entirety in Count Two.

39.     That the sale by the Defendants, RESPIRONICS and WESTERN CAPE DIRECT, LLC, was made with actual malice in reckless disregard to Plaintiff and the general public and was induced by personal ill will, was wanton, malicious and so egregious as to entitle Plaintiff to Punitive damages in the sum of One Million ($1,000,000.00) Dollars.

**VII.   Prayer for Relief**

WHEREFORE, the plaintiff respectfully requests that the following relief be ordered:

a.    The Plaintiff be awarded damages against the Defendants, RESPIRONICS and WESTERN CAPE DIRECT, LLC, in the sum of Seventy Six Thousand, Seven Hundred Ten and 00/10 ($76,710.00) Dollars plus interest and disbursements

b.    The Plaintiff be awarded Punitive damages in the sum of One Million ($1,000,000.00) Dollars;

c.    The Plaintiff be awarded attorney fees and costs;

d.    such other relief as the Court deem appropriate.


RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____

Stephen J. Fitzgerald, Esq.
*Fed. Bar No: ct22939*
GARRISON, LEVIN-EPSTEIN, CHIMES,
          RICHARDSON & FITZGERALD, P.C.
405 Orange Street
New Haven, CT 06511
Tel.:   (203) 777-4425
Fax:   (203) 776-3965
E-mail:  sfitzgerald@garrisonlaw.com


**PLEASE ENTER MY APPEARANCE ON BEHALF OF THE PLAINTIFF**